**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**Atlanta DIVISION**

In re:  OWENS, LAYTONA JONES

§    Case No. 15-55271-CRM
§
§
§

Debtor(s)

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/23/2015. The undersigned trustee was appointed on 03/23/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      81,171.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 2,127.25 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 79,043.75 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/04/2015 and the deadline for filing governmental claims was 10/04/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,308.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,308.55, for a total compensation of $7,308.55[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $502.48 for total expenses of $502.48[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2017                         By: /s/ William  J. Layng
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

Case No.:  15-55271-CRM

Case Name:  OWENS, LAYTONA JONES

For Period Ending:  10/26/2017

Trustee Name:  (300340) William  J. Layng

Date Filed (f) or Converted (c):  03/23/2015 (f)

§ 341(a) Meeting Date:  04/28/2015

Claims Bar Date:  10/04/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND<br>Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2 | SECURITY DEPOSITS<br>Security deposit with landlord | 2,700.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>bedroom furniture | 650.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS<br>Miscellaneous Pictures/Mirrors/Vases | 500.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL<br>Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY<br>saphire ring and costume jewelry | 175.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS<br>Computer | 35.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS<br>Kitchen Furniture and Appliances | 200.00 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHINGS<br>Rug | 100.00 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS<br>Desk | 10.00 | 0.00 | | 0.00 | FA |
| 11 | HOUSEHOLD GOODS AND FURNISHINGS<br>Living Room Furniture | 400.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case No.:   15-55271-CRM

Case Name:   OWENS, LAYTONA JONES

For Period Ending:   10/26/2017

Trustee Name:   (300340) William  J. Layng

Date Filed (f) or Converted (c):   03/23/2015 (f)

§ 341(a) Meeting Date:   04/28/2015

Claims Bar Date:   10/04/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | HOUSEHOLD GOODS AND FURNISHINGS<br>Patio Furnitrue | 70.00 | 0.00 | | 0.00 | FA |
| 13 | HOUSEHOLD GOODS AND FURNISHINGS<br>Laundry Room | 160.00 | 0.00 | | 0.00 | FA |
| 14 | HOUSEHOLD GOODS AND FURNISHINGS<br>Dining Room Furniture | 350.00 | 0.00 | | 0.00 | FA |
| 15 | HOUSEHOLD GOODS AND FURNISHINGS<br>Guest bed and older mattress | 150.00 | 0.00 | | 0.00 | FA |
| 16 | HOUSEHOLD GOODS AND FURNISHINGS<br>Kitchen dishes/pots/pans | 25.00 | 0.00 | | 0.00 | FA |
| 17 | STOCK AND BUSINESS INTERESTS<br>Jones & Jones Investments, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18 | STOCK AND BUSINESS INTERESTS<br>Levko Land Development LLC | Unknown | 0.00 | | 0.00 | FA |
| 19 | STOCK AND BUSINESS INTERESTS<br>Jolay Enterprises, Inc | Unknown | 0.00 | | 0.00 | FA |
| 20 | OTHER PERSONAL PROPERTY<br>Child Support; 2,166.67 per month | 2,166.67 | 0.00 | | 0.00 | FA |
| 21 | TAX REFUNDS<br>2014 Tax refund; being held by debtor's attorney | 4,017.00 | 1,171.00 | | 1,171.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

Case No.: 15-55271-CRM

Case Name: OWENS, LAYTONA JONES

For Period Ending: 10/26/2017

Trustee Name: (300340) William J. Layng

Date Filed (f) or Converted (c): 03/23/2015 (f)

§ 341(a) Meeting Date: 04/28/2015

Claims Bar Date: 10/04/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | LIQUIDATED DEBTS OWING DEBTOR<br>Vexatious Litigation Award; possible liable parties are Kessler, Schwartz & Solomiany, P.C.; Barry Schwartz; Monica Hanrahan; and Shon Owens Settled for $80,000.00 per court order entered 2-16-16 at docket no. 57 | Unknown | 0.00 | | 80,000.00 | FA |
| 23 | OTHER PERSONAL PROPERTY<br>Interest in Spendthrift Trust | Unknown | 0.00 | | 0.00 | FA |
| 24* | LIQUIDATED DEBTS OWING DEBTOR (u)<br>Judgment against Shaun Owens (See Footnote) | 0.00 | 75,000.00 | OA | 0.00 | FA |
| 24 | **Assets       Totals      (Excluding unknown values)** | **$12,258.67** | **$76,171.00** | | **$81,171.00** | **$0.00** |

RE PROP# 24      Judgment against Shaun Owens, the debtor's former spouse.  The trustee has determined that the judgment is uncollectible.

**Major Activities Affecting Case Closing:**

7-12-17; The estate has been liquidated and an estate tax return was filed on 6-9-17. A TFR will be prepared as soon as the IRS accepts the return

7-11-16; The trustee settled the vexatious litigation claim and is trying to collect a judgment entered against the debtor's former spouse.

7-20-15; The trustee is negotiating a settlement of the vexatious litigation award and waiting of additional documents to be provided

Initial Projected Date Of Final Report (TFR):      03/23/2016       Current Projected Date Of Final Report (TFR):       10/17/2017

## Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-55271-CRM | Trustee Name: | William  J. Layng (300340) |
|---|---|---|---|
| Case Name: | OWENS, LAYTONA JONES | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7561 | Account #: | ******1666 Checking Account |
| For Period Ending: | 09/24/2017 | Blanket Bond (per case limit): | $40,160,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/21/2016 | {22} | Kessler & Solomiany | Payment in full of vexatious litigation claim per court order entered 2-156-16 at doc. no. 57 | 1149-000 | 80,000.00 | | 80,000.00 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.30 | 79,984.70 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.20 | 79,858.50 |
| 04/06/2016 | {21} | Cohen Pollock Merlin & Small PC | tax refund check | 1124-000 | 1,171.00 | | 81,029.50 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.96 | 80,917.54 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.20 | 80,805.34 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.51 | 80,677.83 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.86 | 80,565.97 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.11 | 80,438.86 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.38 | 80,323.48 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.37 | 80,212.11 |

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**                                                                 *! - transaction has not been cleared*

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-55271-CRM | | Trustee Name: | William  J. Layng (300340) |
|---|---|---|---|---|
| Case Name: | OWENS, LAYTONA JONES | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7561 | | Account #: | ******1666 Checking Account |
| For Period Ending: | 09/24/2017 | | Blanket Bond (per case limit): | $40,160,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.73 | 80,089.38 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.88 | 79,974.50 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 122.67 | 79,851.83 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.19 | 79,744.64 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 118.52 | 79,626.12 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 106.89 | 79,519.23 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.81 | 79,393.42 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.19 | 79,279.23 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 110.22 | 79,169.01 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.26 | 79,043.75 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-55271-CRM | |
| **Case Name:** | OWENS, LAYTONA JONES | |
| **Taxpayer ID #:** | **-***7561 | |
| **For Period Ending:** | 09/24/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | William J. Layng (300340) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******1666 Checking Account | |
| **Blanket Bond (per case limit):** | $40,160,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 81,171.00 | 2,127.25 | $79,043.75 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 81,171.00 | 2,127.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$81,171.00** | **$2,127.25** | |

# Form 2

Exhibit B
Page:  4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-55271-CRM | **Trustee Name:** | William  J. Layng (300340) |
| **Case Name:** | OWENS, LAYTONA JONES | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7561 | **Account #:** | ******1666 Checking Account |
| **For Period Ending:** | 09/24/2017 | **Blanket Bond (per case limit):** | $40,160,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1666 Checking Account | $81,171.00 | $2,127.25 | $79,043.75 |
| | $81,171.00 | $2,127.25 | $79,043.75 |

UST Form 101-7-TFR (5/1/2011)

Page: 1

## Exhibit C

## Analysis of Claims Register

**Case: 15-55271-CRM**          **LAYTONA JONES OWENS**

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| FEE | William  J. Layng<br>2451 Cumberland Pkwy<br>Suite 3477<br>Atlanta, GA 30339<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/02/17 | | $7,308.55<br>$7,308.55 | $0.00 | $7,308.55 |
| TE | William  J. Layng<br>2451 Cumberland Pkwy<br>Suite 3477<br>Atlanta, GA 30339<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>03/17/17 | | $502.48<br>$502.48 | $0.00 | $502.48 |
| | Stonebridge Accounting & Forensics, LLC<br>P.O. Box 1290<br>Grayson, GA 30017<br><3410-000 Accountant for Trustee Fees<br>(Other Firm)><br>, 200 | Administrative<br>09/19/17 | | $1,581.00<br>$1,581.00 | $0.00 | $1,581.00 |
| | Stonebridge Accounting & Forensics, LLC<br>P.O. Box 1290<br>Grayson, GA 30017<br><3420-000 Accountant for Trustee Expenses<br>(Other Firm)><br>, 200 | Administrative<br>09/19/17 | | $38.05<br>$38.05 | $0.00 | $38.05 |
| | William  J. Layng<br>2451 Cumberland Pkwy<br>Suite 3477<br>Atlanta, GA 30339<br><3110-000 Attorney for Trustee Fees (Trustee<br>Firm)><br>, 200 | Administrative<br>03/02/17 | | $5,005.00<br>$5,005.00 | $0.00 | $5,005.00 |
| 2 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19101-7317<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br>07/27/15 | | $1,500.00<br>$1,500.00 | $0.00 | $1,500.00 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case: 15-55271-CRM**                    **LAYTONA JONES OWENS**

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | AMEX<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Alan Mullinax & Assoc.<br>296 Culver Street South<br>Lawrenceville, GA 30046<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | American Express<br>P.O. Box 981537<br>El Paso, TX 79998<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Billy R. Jones<br>5262 Legends Drive<br>Buford, GA 30518<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | CB/Express<br>P.O. Box 182789<br>Columbus, OH 43218<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | CENLAR<br>425 Phillips Boulevard<br>Trenton, NJ 08618<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 3

## Exhibit C

## Analysis of Claims Register

Case: 15-55271-CRM          LAYTONA JONES OWENS

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Cavalry Portfolio 500 Summit Lake Drive Suite 4A Valhalla, NY 10595 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Cavalry Portfolio P.O. Box 27288 Tempe, AZ 85282 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Central Loan 425 Phillips Boulevard Trenton, NJ 08618 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Chase Mortgage P.O. Box 24696 Columbus, OH 43224 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | CitiMortgage P.O. Box 6243 Sioux Falls, SD 57117 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | CitiMortgage P.O. Box 9438 Dept. 0251 Gaithersburg, MD 20898 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 15-55271-CRM                 LAYTONA JONES OWENS

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | City of Buford Utilities 2300 Buford Highway Buford, GA 30518 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Comcast P.O. Box 530099 Atlanta, GA 30353 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Comenity Bank Victoria's Secret P.O. Box 182729 Columbus, OH 43218 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Comenity Bank Victoria's Secret 220 W. Schrock Road Westerville, OH 43081 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Express 4590 E. Broad Street Columbus, OH 43213 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | DSNB/Macy's P.O. Box 8218 Mason, OH 45040 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case: 15-55271-CRM**                    **LAYTONA JONES OWENS**

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Gwinnett Co. Hospital GHS Resource Ctr/Billing 665 Duluth Highway #101 Lawrenceville, GA 30046 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | HSBC Parisian 95 Washington St. 4 North Buffalo, NY 14203 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | HSBC/Parisian P.O. Box 9 Buffalo, NY 14240 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | James Bates Pope Spivey 3399 Peachtree Road NE Suite 810, Lenox Bldg. Atlanta, GA 30326 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | KOJA, LLC P.O. Box 729 Hoschton, GA 30548 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | LTD Financial Services 7322 SW Freeway #1600 Houston, TX 77074 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 6

## Exhibit C

## Analysis of Claims Register

Case: 15-55271-CRM          LAYTONA JONES OWENS

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Louise M. Johnson, Esq. Haynsworth Sinkler Boyd<br>P.O. Box 11889<br>Columbia, SC 29211<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MCYDSNB<br>9111 Duke Blvd.<br>Mason, OH 45040<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MCYDSNB<br>9111 Duke Blvd.<br>Mason, OH 45040<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Medical Data Systems<br>1374 South Babcock<br>Melbourne, FL 32901<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Nelson Mullins Riley & Scarborough<br>201 17th St. NW # 1700<br>Atlanta, GA 30363<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | NetCollections<br>2774 N. Cobb Pkwy<br>Suite 109 #181<br>Kennesaw, GA 30152<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 15-55271-CRM**          **LAYTONA JONES OWENS**

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Park Sterling Bank Special Assets Group SC 216 Adley Way Greenville, SC 29607 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Pinnacle Credit Service 7900 Minnesota 7 Minneapolis, MN 55426 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Pinnacle Credit Service P.O. Box 640 Hopkins, MN 55343 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | RL REGI South Carolina c/o Reg. Agent CT Corp. 2 Office Park CT #103 Columbia, SC 29223 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | SYNCB/Belk P.O. Box 965028 Orlando, FL 32896 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | SYNCB/GAP 4125 Windward Plaza Alpharetta, GA 30005 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/23/15 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 15-55271-CRM**          **LAYTONA JONES OWENS**

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | SYNCB/GAP GE Consumer Finance<br>4125 Windward Plaza<br>Alpharetta, GA 30005<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | SYNCB/JC Penney GE Consumer Finance<br>4125 Windward Plaza<br>Alpharetta, GA 30005<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | SYNCB/JCP<br>P.O. Box 965007<br>Orlando, FL 32896<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | SYNCB/Lord & Taylor<br>P.O. Box 965015<br>Orlando, FL 32896<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | SYNCB/Lord & Taylor<br>4125 Windward Plaza<br>Alpharetta, GA 30005<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Saks Fifth Avenue<br>12 East 49th Street<br>New York, NY 10017<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | State Bank & Trust Reg. Agent John Willis<br>4885 Riverside Drive<br>Macon, GA 31210<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 9

## Exhibit C

## Analysis of Claims Register

**Case: 15-55271-CRM**            **LAYTONA JONES OWENS**

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Target National Bank c/o Target Credit Svcs<br>P.O. Box 673<br>Minneapolis, MN 55440<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | The McGarity Group<br>6323 Grand Hickory Drive<br>Suite 100G<br>Braselton, GA 30517<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Verizon- Bkrtcy Admin<br>500 Technology Dr. # 550<br>Saint Charles, MO 63304<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>03/23/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Bank of America | Unsecured<br><br>07/13/15 | | $39,129.22<br>$39,129.22 | $0.00 | $39,129.22 |
| 3 | State Bank & Trust CompanyCapital Recovery Advisors<br>2400 Augusta Drive, Suite 212<br>Houston, TX 77057<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>09/28/15 | | $9,171,534.25<br>$9,171,534.25 | $0.00 | $9,171,534.25 |

Page: 10

## Exhibit C

## Analysis of Claims Register

**Case: 15-55271-CRM**            **LAYTONA JONES OWENS**

Claims Bar Date: 10/04/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | RL REGI South Carolina, LLCc/o Bryan T. Glover Burr & Forman LLP 171 17th Street, NW, Suite 1100 Atlanta, GA 30363 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/02/15 | | $645,510.00 $645,510.00 | $0.00 | $645,510.00 |
| 5 | Billy R. Jones P.O. Box 729 Hoschton, GA 30548 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/01/15 | | $473,729.91 $473,729.91 | $0.00 | $473,729.91 |
| | | | **Case Total:** | | **$0.00** | **$10,345,838.46** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-55271-CRM
Case Name: LAYTONA JONES OWENS
Trustee Name: William  J. Layng

**Balance on hand:**      $                79,043.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:     $            0.00
Remaining balance:     $       79,043.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - William  J. Layng | 7,308.55 | 0.00 | 7,308.55 |
| Trustee, Expenses - William  J. Layng | 502.48 | 0.00 | 502.48 |
| Attorney for Trustee Fees - William  J. Layng | 5,005.00 | 0.00 | 5,005.00 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics, LLC | 1,581.00 | 0.00 | 1,581.00 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics, LLC | 38.05 | 0.00 | 38.05 |

Total to be paid for chapter 7 administrative expenses:     $       14,435.08
Remaining balance:     $       64,608.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:     $            0.00
Remaining balance:     $       64,608.67

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 1,500.00 |
| Remaining balance: | $ 63,108.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,329,903.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 39,129.22 | 0.00 | 239.05 |
| 3 | State Bank & Trust CompanyCapital Recovery Advisors | 9,171,534.25 | 0.00 | 56,031.82 |
| 4 | RL REGI South Carolina, LLCc/o Bryan T. Glover Burr & Forman LLP | 645,510.00 | 0.00 | 3,943.63 |
| 5 | Billy R. Jones | 473,729.91 | 0.00 | 2,894.17 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 63,108.67 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**